THIOT REALTY CORPORATION, Appellant, *v.* IRVING ROSEN, Respondent.

Supreme Court, Appellate Term. First Department, March 28, 1941.

*Bernard Trencher [Bertram Schleimer of counsel],* for the appellant·

*Harry Eisner,* for the respondent.

PER CURIAM. Mere silence on the part of the landlord after receipt of a letter stating that tenant wished to remain as a monthly tenant was not sufficient to establish that a month-to-month tenancy agreement was created. Something more than mere silence is

necessary. Defendant was a holdover tenant and as such is liable for the rent sued for.

. Judgment reversed, with thirty dollars costs, and judgment directed in favor of plaintiff as claimed in the summons.

All concur. Present — McCook, Hammer and McLaughlin, JJ.